BEFORE: STEVEN I. LOCKE　　　　　　　　　　　　　　DATE: 8/8/17
UNITED STATES MAGISTRATE JUDGE　　　　　　　TIME: 12:00 pm

# CRIMINAL CAUSE FOR ARRAIGNMENT

**DOCKET No.** CR 16-403(JFB) USA v. Villalta

**DEFENDANT:** Omar Antonio Villalta　　　　**DEF. # 21**
☒ Present　　☐ Not Present　　☒ Custody　　☐ Bail/Surrender

**DEFENSE COUNSEL:** Andrew Frisch
☐ Federal Defender　　☒ CJA　　☐ Retained

**A.U.S.A.:** **John Durham**

INTERPRETER: Maya Gray (Spanish-Sworn)

PROBATION OFFICER/PRETRIAL:

COURT REPORTER / FTR LOG : 12:16- 12:27　　MAGISTRATE DEPUTY: KMG

☒ Case called　　☒ Counsel for all sides present

☐ Removal Proceeding. Other District:

☒ Initial Appearance and Arraignment

☒ Defendant enters a plea of **NOT GUILTY.**

Preliminary Hearing:　☐ Waived;　☐ Set for _____.

☒ Waiver of Speedy Indictment/Trial executed; time excluded from 8/8/17 through 9/27/17.

☐ Order Setting Conditions of Release and Bond entered.

☒ Permanent Order of Detention entered.

☐ Temporary Order of Detention entered.

　　☐ Detention Hearing scheduled for:

☐ Bail Hearing held. Disposition:

☒ Next Court appearance scheduled for 9/27/17 at 11:00 am on front of JFB.

Defendant ☐ Released on Bond;　☒ Remains in Custody.

OTHER: Defendant waives a public reading of the superseding indictment.