UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X

UNITED STATES OF AMERICA,    :
                                CR-16-00403
     -against-         :
                                United States Courthouse
AMAYA-SANCHEZ, et al,     : Central Islip, New York

        Defendant.     : June 25, 2018
                                2:28 p.m.
------------------------------X


TRANSCRIPT OF STATUS CONFERENCE
BEFORE THE HONORABLE JOSEPH F. BIANCO
UNITED STATES DISTRICT COURT JUDGE



APPEARANCES:

For the Government:        RICHARD P. DONOGHUE, ESQ.
                            UNITED STATES ATTORNEY
                            610 Federal Plaza
                            Central Islip, New York 11722
                            BY:  JOHN J. DURHAM, ESQ.
                                   PAUL G. SCOTTI, ESQ.
                                   MICHAEL T. KEILTY, ESQ.



For Deft Aguilar-Lopez:   ANTHONY L. RICCO, ESQ.
                            KENNETH J. MONTGOMERY, ESQ.


For Deft Suarez:          YING STATFORD, ESQ.


For Deft Torres:          ELIZABETH E. MACEDONIO, ESQ.

For Deft Alexi Saenz:       DAVID A. RUHNKE, ESQ.
                            ARNOLD J. LEVINE, ESQ.


For Deft Serrano:           WILLIAM D. WEXLER, ESQ.


For Deft Flores:            SANFORD N. TALKIN, ESQ.



Official Court Reporter:    Ellen S. Combs, CSR
                            100 Federal Plaza - Suite 1180
                            Central Islip, New York 11722
                            ellencombs@hotmail.com



PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY CAT

1              (The following took place at 2:28 p.m.)

2              THE CLERK:  Calling case 16-CR-403, USA vs

3    Amaya, et al.

4              Counsel, please state your appearance for the

5    record.

6              MR. DURHAM:  John Durham and Paul Scotti and

7    Michael Keilty for the United States.  Good afternoon.

8              THE COURT:  Good afternoon

9              MR. RICCO:  For Mario Aguilar-Lopez, Anthony

10   Ricco and Ken Montgomery.  Good afternoon.

11             THE COURT:  Good afternoon.

12             MS. STATFORD:  For Jose Suarez, Ying Statford

13   for George Goltzer.

14             THE COURT:  Good afternoon, Ms. Statford

15             MS. MACEDONIO:  Good afternoon, your Honor.

16   Elizabeth Macedonio for Kevin Torres who is the third

17   person in line.

18             THE COURT:  Good afternoon, Ms. Macedonio.

19             MR. RUHNKE:  Good afternoon, your Honor.  David

20   Ruhnke and Arnold Levine for Alexi Saenz who is the fourth

21   gentleman in line.

22             THE COURT:  Good afternoon.

23             MR. WEXLER:  William Wexler on behalf of Marlon

24   Serrano.

25             THE COURT:  Good afternoon, Mr. Wexler.

1    MR. TALKIN:  Your Honor, Sam Talkin for Ever

2    Flores, who is the first one in the box.  And also Susan

3    Marcus who is my co-counsel, she contacted me and she

4    asked that I stand in for her.

5    THE COURT:  Thank you, Mr. Talkin.

6    And as noted all seven defendants are here.  I'm

7    sorry, all six defendants are in the jury box.

8    THE INTERPRETER:  I'm checking the headsets for

9    the defendants.

10    THE COURT:  We have all six defendants present

11    with the Spanish interpreter interpreting for all six of

12    them.  I just ask that the interpreter be sworn and state

13    his name for the record.

14    (Interpreter JAMES HONTORIA, was duly sworn.)

15    THE CLERK:  Please state your name and spell it

16    for the record.

17    THE INTERPRETER:  James Hontoria,

18    H-O-N-T-O-R-I-A

19    THE COURT:  This is a status conference for

20    Group 4.  Since the last time we had a status conference a

21    number of individuals have been indicted and added to

22    Group 4.

23    So just so the record is clear, we are dividing

24    up Group 4 into two groups today because we can not

25    accommodate all of the defendants in the courtroom and

1  lawyers at once.

2          And my understanding is based upon the return of

3  the Superseding Indictment S-5, that Mr. Aguilar-Lopez,

4  Mr. Suarez, Mr. Alexi Saenz, Mr. Alex Saenz have to be

5  arraigned.

6          Are your clients prepared to be arraigned on the

7  soup Superseding Indictment S-5?

8          A VOICE:  Yes.

9          THE COURT:  All right.  The other defendants,

10 Mr. Torres, Mr. Serrano and Mr. Flores have already been

11 arraigned.

12         Mr.  Aguilar-Lopez have you had time to review

13 and discuss the Superseding Indictment S-5 with Mr. Ricco

14 and Mr. Montgomery for purposes of the arraignment?

15         DEFENDANT AGUILAR-LOPEZ:  Yes.

16         THE COURT:  Do you waive or give up the public

17 reading of the entire indictment?

18         DEFENDANT AGUILAR-LOPEZ:  Yes.

19         THE COURT:  And how do you plead; guilty or not

20 guilty?

21         DEFENDANT AGUILAR-LOPEZ:  Not guilty.

22         THE COURT:  Mr. Aguilar-Lopez has entered a not

23 guilty plea.

24         Mr. Suarez, have you had sufficient time to

25 review and discuss Superseding Indictment S-5 with your

1    attorneys, Ms. Statford?

2              DEFENDANT SUAREZ:  Yes.

3              THE COURT:  Do you waive or give up the public

4    reading of the indictment?

5              DEFENDANT SUAREZ:  Yes.

6              THE COURT:  How do you plead; guilty or not

7    guilty?

8              DEFENDANT SUAREZ:  Not guilty.

9              THE COURT:  Mr. Suarez has entered a not guilty

10   plea.

11             Mr. Alexi Saenz, have you had sufficient time to

12   review and to discuss the Superseding Indictment S-5 with

13   your attorneys?

14             DEFENDANT ALEXI SAENZ:  Yes.

15             THE COURT:  Do you waive or give up a public

16   reading of the entire indictment?

17             DEFENDANT ALEXI SAENZ:  Yes.

18             THE COURT:  How do you plead; guilty or not

19   guilty?

20             DEFENDANT ALEXI SAENZ:  Not guilty.

21             THE COURT:  Mr. Alexi Saenz has entered a not

22   guilty plea.

23             Mr. Alex Saenz, have you had sufficient time to

24   discuss and review the Superseding Indictment with your

25   attorneys?

1    MR. DURHAM:  Your Honor, the second Saenz

2  brother is Jairo.  He is going to be in the next group.

3    THE COURT:  I'm sorry.  Yes, I just repeated it

4  twice.  My mistake.

5    It's Mr. Serrano.  No, Mr. Serrano has been

6  arraigned.  So for this group those are the only ones.  Is

7  that correct?

8    MR. DURHAM:  That is correct.

9    THE COURT:  I'll now hear from the government

10  regarding the status of the case before I hear from

11  defense counsel.

12    MR. DURHAM:  Your Honor, obviously there's been

13  returned a superseding indictment.  The government will be

14  providing additional discovery to defense counsel for the

15  new charges.  Additionally with respect to the new

16  defendants we will be making sure that they have access to

17  all of the discovery that was previously provided in this

18  case.

19    With respect to two of these defendants,

20  Mr. Suarez and Mr. Aguilar-Lopez, they have previously

21  been adjudicated not -- by the Attorney General.  So what

22  we're proposing to the court is to divide them into a

23  separate trial group now.

24    With the respect to the other defendants that

25  have been included in the case or they have additional

capital charges, so our proposal, I spoke with defense
counsel for both of the defendants, we'll divide those
into a group, a group called Trial Group 6.

With respect to the other defendants, obviously
I have with me the discovery. They needed time to review
the death penalty submission. So we would ask the Court
to exclude time and set a status conference for October
5th at 11 o'clock for Trial Group 4. And with respect to
the two defendants, if the Court would with divide them
into Trial Group 6, we would ask for September 5th at
1:30.

We just ask the court to exclude time until
those dates because the death penalty memos and reviewing
discovery, as well as the fact that the court has
designated this to be a complex case.

THE COURT: I'm going ask each of the defense
counsel whether the next date for the status conference is
agreeable to you and your client and if you're willing to
exclude the time.

I am kind of glad that there was a proposal to
divide, further divide this group, because I was actually
thinking along the same lines.

So Mr. Ricco and Mr. Montgomery, is your client
agreeable to the September 5th date?

MR. MONTGOMERY: Yes, your Honor, good morning.

1          Because this is now a --

2          THE COURT:  Please use the mic.

3          MR. MONTGOMERY:  With respect to

4     Mr. Aguilar-Lopez, it makes more sense for him to be in a

5     trial track differently than those defendants who have

6     just been brought in who are going to be subject to a

7     lengthy death penalty process.

8          THE COURT:  And he is agreeable to exclude the

9     time until September 5th.

10          MR. MONTGOMERY:  Yes, your Honor.  September 5th

11     for Mr. Lopez.

12          THE COURT:  Ms. Statford?

13          MS. STATFORD:  Yes, your Honor.  We are

14     agreeable to moving to Trial Group 6 -- no longer is a

15     death penalty.

16          THE COURT:  All right.  And you want to waive

17     the time?

18          MS. STATFORD:  He is waiving the time.

19          THE COURT:  If you would like, I would set a

20     trial date.  If you want to set a trial date or you want

21     to wait until September.

22          MR. RICCO:  Wait until September.

23          THE COURT:  Just so you can prepare.  And I

24     don't know what other obligations you have.  I anticipate

25     we can set a briefing schedule in September, that the

1  trial would be January is what I'm looking at.  So you

2  might want to talk to the government and see for the next

3  conference if you can agree on a schedule that might make

4  that work.

5          MR. RICCO:  We'll do that.

6          THE COURT:  And Ms. Macedonio, is the October

7  5th date acceptable to and you your client, and you want

8  to wave the time?

9          MS. MACEDONIO:  Yes, your Honor.

10          THE COURT:  Mr. Ruhnke and Mr. Levine?

11          MR. RUHNKE:  Yes.

12          THE COURT:  Mr. Wexler?

13          MR. WEXLER:  Yes, your Honor.

14          THE COURT:  And Mr. Talkin?

15          MR. TALKIN:  Yes, your Honor.

16          THE COURT:  Okay, let me just confirm that with

17  your clients.

18          First, Mr. Aguilar-Lopez and Mr. Suarez, you

19  have heard we are putting you now in a separate group for

20  trial purposes which we'll call Trial Group 6.  We're

21  going to have a status conference on September 5th.  At

22  which time I suspect that we'll set a briefing schedule

23  for any motions that your lawyers wish to makes on your

24  behalf, and a trial date which I'm hoping will be in

25  January.

1    By signing this waiver you're agreeing to

2  exclude the time under the Speedy Trial Act to until

3  September 5th to have you and your attorneys to have time

4  to continue to decide which way to proceed with respect to

5  the case, review the discovery, and to prepare motions and

6  for trial.

7    Is that your wish, Mr. Aguilar-Lopez?

8    Is that your wish?

9    DEFENDANT AGUILAR-LOPEZ:  Yes.

10    THE COURT:  Mr. Suarez?

11    DEFENDANT SUAREZ:  Yes.

12    THE COURT:  Okay, and for the other four

13  defendants, we're adjourning your case until October 5th

14  so that your attorneys can continue to prepare memoranda

15  to the Department of Justice under the decision of whether

16  or not to seek the death penalty.  And obviously with

17  respect to Mr. Serrano and Mr. Flores -- Mr. Torres, that

18  process is obviously just beginning to get started.

19    So are you willing to exclude the time until

20  October 5th to allow that to occur?

21    Mr. Torres?

22    DEFENDANT TORRES:  Yes.

23    THE COURT:  Mr. Alexi Saenz?

24    DEFENDANT ALEXI SAENZ:  Yes.

25    THE COURT:  Mr. Serrano?

1    DEFENDANT SERRANO:  Yes.

2    THE COURT:  And Mr. Flores?

3    DEFENDANT FLORES:  Yes.

4    THE COURT:  Okay, so those requests are granted.

5    Group 6 is scheduled for a status conference on

6    September 5th at 1:30 p.m.  And I exclude time from today

7    until September 5th in that group under Title 18 United

8    States Code Section 3161(h)(7)(A), in order to allow the

9    defendants and their counsel time to decide how they wish

10   to proceed, to negotiate with the government if they wish

11   to, and to decide which motions they want to make and to

12   prepare for trial.

13   I find that the ends of justice served by

14   granting a continuance outweigh the best interests of both

15   the government and these defendants in Group 6 in a

16   speedier trial.

17   With respect to the other four defendants who

18   are in Group 4, I exclude the time until October 5th,

19   which we'll schedule for a conference on that date at

20   1:30.

21   First, the designation of that group is --

22   THE CLERK:  At 11 a.m.

23   THE COURT:  At 11 a.m.

24   The designation of this group as a complex case

25   continues.  It is only increased based upon the addition

of new defendants and new charges.

Independent of that I find that it is in the interests of justice to allow the defendants and their counsel time to continue to prepare and submit memoranda to the Department of Justice on the death penalty issue, as well as to review the discovery, and also to prepare the case forward.

For those reasons I find that the ends of justice served by granting the continuance outweigh the best interests of both the public and these defendants in Group 4 to a speedier trial. And I so order both of those waivers.

I would just ask, and maybe Mr. Ruhnke and Mr. Levine, I'll ask you. I know that you were giving an estimate at the last conference as to when you thought the memo might be into the Department of Justice. And I think I was told potentially in August. I just wanted to see whether you believe that is still on schedule?

MR. RUHNKE: I believe that is no longer on schedule for, among other reasons, that in the superseding indictment the government with respect our client has alleged three additional death eligible murders, the facts of which we are going to have to be familiar with before we can really go to the Department of Justice. With that informal discussion with Mr. Durham about it, we believe

1    that by the end of the year we will have our memo to the

2    Department of Justice, your Honor.

3                THE COURT:  Okay, that sounds reasonable based

4    upon the additional charges.  Thank you.

5                All right, any issues the government wishes to

6    address with respect these defendants?

7                MR. DURHAM:  No, your Honor.

8                THE COURT:  All right, anything else the defense

9    counsel need to address with the Court?

10               A VOICE:  No.

11               THE COURT:  All right, thank you.

12               (The proceedings were concluded at 2:45 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25